IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL CANTU GARCIA, §<br>#12138-280, §<br>§<br>Petitioner, §<br>§<br>V. §<br>§<br>BUREAU OF PRISONS, §<br>§<br>Respondent. § | | No. 3:25-cv-1549-B |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made amended findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 20th day of January, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE